IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CASE NO. CR 07-69-S-EJL |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ROBERT R. GLENN, III | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pending before the Court is Defendant's motion to continue the trial in this matter that is currently set for May 15, 2007. The motion seeks a continuance based upon the amount of discovery, investigation, and the complexity of the tax and accounting issues. The motion requests a continuance until September 2007 in order to adequately prepare for trial. The motion indicates that the Government does not oppose the request.

The Defendant in this case is charged with three counts of income tax evasion spanning three different years. (Dkt. No. 1). It appears the discovery is still being produced to the defense and is voluminous. Based on the foregoing and having reviewed the record in this case, the Court finds that the interests of justice in allowing additional time for the defense to effectively prepare for trial outweighs the Defendant's and the public's interest in a speedy trial. 18 U.S.C. §3161(h)(8)(B)(i). Accordingly, the Court will grant the motion to continue the trial.

**ORDER**

THEREFORE IT IS HEREBY ORDERED that the motion to continue (Dkt. No. 7) is **GRANTED**. The May 15, 2007 trial date is **VACATED AND RESET** for Tuesday, September

25, 2007 at 9:30 a.m. in Boise, Idaho.  Any and all pretrial motions shall be filed on or before July 23, 2007.

IT IS FURTHER ORDERED, that the period of time between the filing of Defendant's motion and the new trial date be deemed EXCLUDABLE TIME under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), (B)(i).

DATED:  **April 13, 2007**

Honorable Edward J. Lodge
U. S. District Judge